(Reap. Dec. 10146)

JAMES A. McCAULEY
JOHN C. ROGERS & Co., INC., ET AL. } *v.* UNITED STATES

Entry No. 25497, etc.

(Decided January 23, 1962)

*F. Hastings Griffin, Jr.,* for the plaintiffs.

*William H. Orrick, Jr.,* Assistant Attorney General, for the defendant.

MOLLISON, Judge: The merchandise the subject of the appeals for reappraisement enumerated in the attached schedule consists of a chemical known as MCPA, but more particularly described as hereinafter indicated. The parties have agreed that the correct basis of valuation is American selling price, as defined in section 402(g) of the Tariff Act of 1930, as amended by the Customs Administrative Act of 1938, or section 402a(g) of the said tariff act, as amended by the Customs Simplification Act of 1956, depending upon the date of importation.

The parties have submitted the case for decision upon a stipulation, on the basis of which I find the American selling price to be as follows:

| Item | Period | Price |
|---|---|---|
| 2-Methyl-4-phenoxy acetic acid, 98.3%. | 1955 to 6/8/56 | 95¢ per lb., net packed |
| Minimum assay | 6/9/56 to end of 1959 | 88¢ per lb., net packed |

Judgment will issue accordingly.